475 A.2d 743

**Anthony A. GEYELIN, Acting Insurance Commissioner of the Commonwealth of Pennsylvania, Petitioner,**

v.

**TEMPLE MUTUAL INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

May 25, 1984.

## ORDER

AND NOW, this 25th day of May, 1984, the application for injunction is hereby granted. It is ordered that the commencement or prosecution of any action against Temple Mutual Insurance Company policyholders in any matter covered under their insurance policies is temporarily enjoined. The statute of limitations controlling such actions is also temporarily tolled.